614

No. 6,369.—R. J. HEALOW, APPELLANT, *v.* LYMAN LAW-RENCE, RESPONDENT.

Decided December 24, 1928.

PER CURIAM.—On motion of appellant, the appeal in the above-entitled cause is ordered dismissed as settled.

*Mr. R. G. Wiggenhorn,* for Appellant.

*Mr. Wm. J. Jameson, Jr.,* for Respondent.

No. 6,401.—J. W. SPEER, TRUSTEE, ET AL., RESPONDENTS, *v.* THE CITIZENS' INSURANCE CO., APPELLANT.

Decided December 28, 1928.

PER CURIAM.—Pursuant to stipulation of the parties, the appeal in the above-entitled cause is ordered dismissed as settled.

*Mr. E. Eugene Davis,* of the Bar of Spokane, Washington, and *Messrs. Freeman, Thelen & Freeman,* for Appellant.

*Messrs. Speer & Hoffman* and *Messrs. Slattery & Tighe,* for Respondent.